UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BODEKER, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>JPMORGAN CHASE BANK, N.A.,<br>　　　　Defendant. | Case No. 15-cv-02507-VC<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Doc. No. 6 |

For the reasons given at the hearing on the motion to dismiss, the complaint is dismissed with leave to amend. The plaintiffs may file an amended complaint within 14 days of this order. Discovery may begin as soon as the amended complaint is filed. The case management conference is rescheduled for September 22.

**IT IS SO ORDERED.**

Dated: August 13, 2015

VINCE CHHABRIA
United States District Judge